IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Case No. 07-cr-00398-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    GARRETT ROBERT ADAMS,

    Defendant.
_____

**ORDER VACATING FINAL TRIAL PREPARATION CONFERENCE AND TRIAL**
_____

    THIS MATTER comes before the Court on the Motion to Consolidate Cases 07-cr-00029 and 07-cr-00398 for Purposes of Assingment [*sic*] to Judge Walker Miller's Division **(#27)**. Having reviewed the Motion,

    **IT IS ORDERED** that the Final Trial Preparation Conference set for December 7, 2007, and the trial set to commence December 10, 2007, are **VACATED** pending determination of the Motion to Consolidate.

    DATED this 30th day of November, 2007.

                                                  **BY THE COURT:**

                                                Marcia S. Krieger
                                                United States District Judge